IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO S. VALLE,  Petitioner, | : CIVIL ACTION |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, NORTHAMPTON COUNTY  Respondents. | : NO. 14-6590 |

## ORDER

AND NOW, this 14th day of April, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus and Petitioner's other submissions, available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus challenging the prosecution and conviction in Case No. CP-48-CR-3985-2010 (Northampton County) is **DISMISSED WITH PREJUDICE**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that the correctness of this ruling is debatable. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000);

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes; and

5. The Clerk of the Court shall **OPEN** a new civil action for Petitioner's challenge to his conviction in No. CP-46-CR-8372-2010 (Montgomery County) and shall docket Doc. No. 11 from Civ. A. No. 14-6590 as a filing in that new action.

BY THE COURT:

_____
C. DARNELL JONES, II,          J.